IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA P. BRAITHWAITE,

     Plaintiff,                                                    ORDER

v.

                                            Case No. 24-cv-15-wmc

SGT. MATTI, et al.

     Defendants.

---

JOSHUA P. BRAITHWAITE,

     Plaintiff,                                                    ORDER

v.

                                            Case No.  24-cv-54-wmc

MR. SIMCOX, et al.

     Defendants.

---

Plaintiff Joshua P. Braithwaite, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted two proposed civil actions.  Plaintiff has filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee.  After considering the motion and supporting documentation, the court concludes that plaintiff does not qualify for indigent status.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff

does not qualify as indigent and must prepay the $405 filing fees for commencing these actions.

ORDER

IT IS ORDERED that:

Plaintiff Joshua P. Braithwaite's motion to proceed without prepayment of the filing fee, Dkt. 2, is DENIED.  If by February 20, 2024, plaintiff fails to pay the $405 filing fee for each case, or show cause for failure to do so, plaintiff will be held to have withdrawn the actions voluntarily and the cases will be closed without prejudice to plaintiff filing the cases at a later date.

Entered this 30th day of January, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge