IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA BRAITHWAITE,

    Plaintiff,

v.

SGT. MATTI, et al.

    Defendants.

ORDER

Case No. 24-cv-15-wmc

JOSHUA BRAITHWAITE,

    Plaintiff,

v.

MR. SIMCOX, et al.

    Defendants.

ORDER

Case No. 24-cv-54-wmc

Plaintiff Joshua Braithwaite a prisoner in the custody of the Wisconsin Department of Corrections, has submitted two proposed complaints and has paid the $405 filing fee for each case. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Joshua Braithwaite's complaints are taken under advisement for screening pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when a decision has been made. In the meantime, if plaintiff needs to communicate

with the court about this cases, plaintiff should write the case numbers shown above on any communication.

Entered this 26th day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge